185 F.2d 406
 UNITED STATES of America, Plaintiff-Appellee,
v.
Orlando B. PINO, Defendant-Appellant, Joseph Ratti, George
Hamilton, Defendants.
 No. 93, Docket 21806.
 United States Court of Appeals, Second Circuit.
 Argued Dec. 8, 1950.
Decided Dec. 8, 1950.
 
 Samuel Segal, New York City, for appellant.
 Irving H. Saypol, U. S. Atty., New York City, for appellee.
 Before L. HAND, Chief Judge, and SWAN and CHASE, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed in open court.